# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONELL WALKER, | No. CV 10-4791-GAF (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. TIM OCHOA, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: May 27, 2011

_____
GARY A FEESS
UNITED STATES DISTRICT JUDGE